Form B20B (Official Form 20B)
12/1/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:         John E. and Ann M. Dingens         Chapter: __7__ Proceeding

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Case No.: 15-30526-dof

**Debtor(s)**

Judge: Opperman

Address __203 W. State St.__

__Corunna, MI. 48817__

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 6689 and 1086

## NOTICE OF OBJECTION TO CLAIM

The Debtors have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before November 18, 2015, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

**U.S. Bankruptcy Court
432 N. Saginaw St. Ste. 300
Flint, MI. 48502**

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
    John E. Dingens & Ann M. Dingens- 203 W. State St. Corunna, MI. 48817
    Colleen Corcoran, Trustee- PO Box 535, Oxford, MI. 48371
    Michigan Department of Treasury- PO Box 30168, Lansing, MI. 48909

2.     Attend the hearing on the objection, scheduled to be held on November, 18, 2015, at 9:30 a.m, United States Bankruptcy Court, 432 N. Saginaw St. Ste. 300 Flint, MI. 48502, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

Date: 10/02/2015                                                     Signature: /S/ Curtis L. Zaleski
                                                                                              Name: Curtis L. Zaleski
                                                                                              Address: 535 E. Main St.
                                                                                                      Owosso, MI. 48867
                                                                                             Telephone: 989-723-8166
                                                                                              Email: curtis@azlaw.us

Revised 12/1/2010

STATE OF MICHIGAN

IN THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT

**In Re: John E. and Ann M. Dingens**                Case No.: 15-30526-dof

JUDGE OPPERMAN

| | |
|---|---|
| Curtis L. Zaleski (P53534) | Michigan Department of Treasury |
| Attorney for Debtors | Creditor |
| 535 East Main Street | PO Box 30168 |
| Owosso, MI 48867 | Lansing, MI. 48909 |
| Telephone: (989) 723-8166 | Telephone: (517)241-5002 |

**OBJECTION TO CREDITOR CLAIM**
*********************************************

NOW COMES the Debtors, John E. and Ann M. Dignens, by and through their attorney, Curtis L. Zaleski, and for their Objection to Creditor Claim states as follows:

1. That the Michigan Department of Treasury has filed a claim against proceeds from the sale of a house in the above named Debtors estate. (See exhibit 1)

2. That the Debtors sold their house and there was proceeds beyond their exemptions and the State of Michigan has filed a claim pursuant to a tax lien that would be paid ahead of the Debtors Homestead Exemption.

3. That the claim includes liens that were filed for the tax years beginning in 2008 through tax years 2012. (See exhibit 1)

4. That the last tax lien was filed 12/23/2013, more than 240 days prior to the Debtors date of filing. 11 USC 507(a)(A)(ii)

5. That all of the past due state taxes were from tax returns that were filed more than two (2) years preceding the date of filing required by 11 USC 523(1)(A)(B)(ii).

6. That the tax returns were not filed fraudulently and the tax payer is not engaged in an activity deemed to be a willful attempt to defeat or evade taxes.

7. That these taxes are dischargeable and the lien is invalid.

WHEREFORE the Debtors pray that this Honorable Court disallow the State of Michigan's claim of $10,139.01 as a secured claim against the proceeds of the home.

I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

By /S/ John E. Dingens     Date: 10/02/2015
    John E. Dingens

By: /S/ Ann M. Dingens     Date: 10/02/2015
    Ann M. Dingens

By /S/ Curtis L. Zaleski     BUSINESS ADDRESS
    Curtis L. Zaleski (P53534)     535 E. Main St.
    Attorney for Petitioner     Owosso, MI. 48867

2